UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

RUSHDY HAUTER,

      Plaintiff,

  -against-                            No. 1:19-cv-07036-FB-LB

HSBC BANK USA, NATIONAL ASSOCIATION,

      Defendant.

**RULE 26(f) MEETING REPORT**

**CASE NAME:** *Rushdy Hauter v. HSBC Bank USA, National Association*

**DOCKET NO.:** 1:19-cv-07036-FB-LB

Have the parties met and conferred? ___Yes_____Date? _March 2, 2020.

Date the Rule 26(a)(1) initial disclosures were exchanged? _March 5, 2020.

Proposed Discovery Plan

1. Deadline for parties to provide properly executed authorizations/releases: N/A

2. Deadline to join new parties or amend the pleadings: April 13, 2020

3. Should any changes be made in the limitations on discovery imposed under the Federal Rules of Civil Procedure or by local rule?[1] Yes __ No X

4. Deadline to file any protective order: May 13, 2020

---

[1] If yes, the parties should be prepared to address the proposed changes at the initial conference.

5. The parties shall complete all fact discovery by: <u>December 15, 2020</u>

6. The parties shall complete expert discovery, if necessary, by: <u>February 17, 2021</u>

7. The parties shall file any pre-motion conference request by:[1] <u>March 2, 2021</u>

8. Should the Court hold an early settlement conference in this action?[3] Yes __ No <u>X</u>

9. Have the parties agreed to a plan regarding electronic discovery?[2] Yes <u>X</u> No __

    The parties do not anticipate a dispute over preservation, scope, and production of ESI. Although all or most discovery will be electronic, the discovery will be produced as standard .pdf files for documentary production and .wav and .mp3 for audio recordings.

10. Do the parties consent to trial before a magistrate judge pursuant to 28 U.S.C. §636?[3]
    (Answer no if any party declines to consent without indicating which party has declined)
    Yes __ No <u>X</u>

By: /s/ Shireen Hormozdi
    Shireen Hormozdi
    HORMOZDI LAW FIRM, LLC
    1770 Indian Trail Lilburn Road
    Suite 175
    Norcross, GA 30093
    Tel: 678-395-7795
    Fax: 866-929-2434
    shireen@agrusslawfirm.com
    shireen@norcrosslawfirm.com
    Attorney for Plaintiff

By: s/ Arjun P. Rao
    Arjun P. Rao
    Daniel N. Bertaccini
    STROOCK & STROOCK & LAVAN LLP 180 Maiden Lane
    New York, NY 10038-4982
    -and-
    2029 Century Park East, 18th Floor
    Los Angeles, California 90067-3086
    Telephone: (310) 556-5822
    Email: lacalendar@stroock.com

---

[1] The parties are reminded to comply with the individual rules of the presiding district court judge.
[3] Prior to the initial conference, counsel shall discuss with their clients and their adversaries whether an early settlement conference, or other form of alternative dispute resolution, is appropriate in this case and be prepared to explain their reasons to the Court.
[4] If yes, the parties shall file a letter detailing the parties' proposed plan regarding electronic discovery.
[5] The fillable consent form AO 85 is available at https://www.nyed.uscourts.gov/forms/allforms/general_forms and must be signed by all parties and filed electronically.